DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KATELYN MCCLURE<br><br>Defendant(s). | Criminal No. 19-cr-174 (NLH)<br><br>SENTENCING SUBMISSION NOTICE OF THE UNITED STATES |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant					.

Date:
5/4/22

PHILIP R. SELLINGER
United States Attorney

By:	*/s/Jeffrey B. Bender*
	Assistant U.S. Attorney