DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA<br><br>v.<br><br>Defendant(s). | Criminal No.<br><br>**SENTENCING SUBMISSION NOTICE OF DEFENDANT** |
|---|---|

Please be advised that, on this date, defendant submitted sentencing materials to the Court in this case.

Date:

By:  *s/James J. Gerrow, Jr.*